UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 16  P 4: 00

BY DEPUTY CLERK

FRANK J. BRYANT (#106056)

VERSUS

SGT. TREVEN MILES, ET AL.

CIVIL ACTION

NO. 07-790-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Steven C. Riedlinger dated May 2, 2008 (doc. no. 12). The plaintiff has filed an objection and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the defendants' motion for summary judgment is GRANTED and this action is DISMISSED.  Further, the claims against Capt. Woods are DISMISSED for failure to timely serve the defendant pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, this 16th day of June, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA